508 S.E.2d 29

**The STATE, Petitioner,**

v.

**Kenneth RODRIQUEZ, a/k/a Michael Frasier, Respondent.**

**No. 24852.**

Supreme Court of South Carolina.

Heard Oct. 21, 1998.

Decided Nov. 9, 1998.

Attorney General Charles M. Condon, Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Caroline Callison Tiffin, all of Columbia; and Solicitor David P. Schwacke, of North Charleston, for Petitioner.

Assistant Appellate Defender Melissa J. Reed Kimbrough, of S.C. Office of Appellate Defense, of Columbia, for Respondent.

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

PER CURIAM:

We granted certiorari to review the Court of Appeals' decision in *State v. Rodriquez*, 323 S.C. 484, 476 S.E.2d 161 (Ct.App.1996). We dismiss certiorari as improvidently granted.